IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN ORDER
AUTHORIZING THE INSTALLATION          No. 17-MJ-2095
AND USE OF PEN REGISTERS AND
TRAP AND TRACE DEVICES

## ORDER

Upon motion of the United States to unseal the documents filed in this case, it is

ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this 19 day of December 2017.

Jeffery Frensley
United States Magistrate Judge